[No. 28395-6-II.   Division Two.   December 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ORSON L. DRATH, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 01-1-00246-5, Toni A. Sheldon, J., entered February 1, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 47192-9-I.   Division One.   December 9, 2002.]

DELTA DEVELOPMENT AND INVESTMENT COMPANY, *Respondent*, v. BOB HSIYUAN YEH, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 98-2-18193-1, Michael J. Fox, J., entered July 11 and August 23, 2000. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Grosse and Schindler, JJ.

[No. 47405-7-I.   Division One.   December 9, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SETH KYPREOS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-01003-1, Ronald L. Castleberry, J., entered August 23, 2000. *Reversed* by unpublished opinion per Baker, J., concurred in by Grosse, J., and Webster, J. Pro Tem. Now published at 115 Wn. App. 207.

[No. 48776-1-I.   Division One.   December 9, 2002.]

GREG STONACK, *Appellant*, v. DEAN-DEILY COMPANY, L.L.C., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-08323-8, Laura Gene Middaugh, J., entered June 8, 2001. *Affirmed* by unpublished per curiam opinion.